

# SOKOLOFF STERN LLP

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

**MEMO ENDORSED**

COOPER BINSKY
CBINSKY@SOKOLOFFSTERN.COM

July 16, 2020

VIA ECF
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Regan v. Village of Pelham, et al.*
Docket No. 19 Civ. 7987 (NSR)
File No. 180107

> Application granted. All Defts' time to serve their respective replies and for the parties to file the motion papers is extended until July 30, 2020. Clerk of the Court requested to terminate the motion (doc. 14).
>
> Dated: July 16, 2020   SO ORDERED.
>
> Nelson S. Román, U.S.D.J.

Your Honor:

This firm represents Defendants Pelham Union Free School District and Dr. Cheryl Champ in this matter. We write to request a brief extension of the deadline to file a reply in further support of Defendants' motion to dismiss and for sanctions, costs, and attorneys' fees—from July 17, 2020 to July 30, 2020. Due in part to my recent absence from the office for several days, and also the press of other matters, this extension is necessary to give us sufficient time to address the issues raised in Plaintiff's opposition papers. This is our first request for an extension of the deadline to file a reply. For the sake of efficiency, and to avoid confusion on the docket, we request that Defendant Village of Pelham's time to file be extended as well. All parties consent to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

COOPER BINSKY

cc: All parties via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2020