**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL REGAN,

                Plaintiff,

     -against-                             19 **CIVIL** 7987 (NSR)

                                                 **JUDGMENT**

VILLAGE OF PELHAM, et al.,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 19, 2021, Defendants' motions to dismiss is GRANTED with prejudice, in their entirety. That portion of Defendants' motion seeking sanctions pursuant to Rule 11 is DENIED in the Court's exercise of discretion; accordingly, this case is closed.

**Dated:**  New York, New York

      March 19, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                            **BY:**    K. Mango

                                                      **Deputy Clerk**